IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION                                           PLAINTIFF

v.                      No. 4:11-mc-46-DPM

OS RESTAURANT SERVICES,
INC. d/b/a Outback Steakhouse                                    DEFENDANT

## ORDER

The EEOC has informed the Court that the parties have resolved all the remaining issues in this subpoena-enforcement action. The Court therefore dismisses this case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 May 2012